ACCEPTED
01-15-00732-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/28/2015 2:04:23 PM
CHRISTOPHER PRINE
CLERK

Chris Daniel - District Clerk Harris County
Envelope No. 6702624
By: DOROTHY GLERN
Filed: 8/28/2015 2:04:23 PM

NO. 2006-46323-B

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/16/2015 3:59:04 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| N.V. MASUREEL VEREDELING | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| v. | § | |
| | § | |
| WELLS FARGO ADVISORS, LLC, *et al.* | § | HARRIS COUNTY, TEXAS |
| Garnishees | § | |
| | § | |
| v. | § | |
| | § | |
| MARINA PRESLEY | § | 133rd JUDICIAL DISTRICT |

## DEFENDANT'S NOTICE OF APPEAL

Defendant Marina Presley files this notice of appeal as to the Court's August 27, 2015 order through which the Court denied Presley's motion to dissolve the garnishment, released her exempt assets to N.V. Masureel Veredeling, and denied all other relief sought by the parties. Presley appeals to the First or Fourteenth Court of Appeals.

Respectfully submitted,

JOYCE + MCFARLAND LLP

*/s John H. McFarland*
John H. McFarland
Texas State Bar No. 00794270
712 Main Street, Suite 1500
Houston, Texas 77002
Tel 713.222.1114
Fax 713.513.5577
Email: jmcfarland@jmlawyers.com

ATTORNEYS FOR MARINA PRESLEY

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served in a manner prescribed by the Texas Rules of Civil Procedure on August 28, 2015, to:

Steven J. Knight
Chamberlain, Hrdlicka, White,
  Williams & Martin
1200 Smith Street, Suite 1400
Houston, TX 77092
Telephone: 713.658.1818
Facsimile: 713.658.2553

Donald R. Littlefield
Ballard & Littlefield LLP
37009 Buffalo Speedway, Suite 250
Houston, Texas 77098
Telephone: 713.403.6400
Facsimile: 713.403.6410

                        */s John H. McFarland*
John H. McFarland